**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL J. WILLIS,** | : | Civil No. 1:12-CV-2503 |
| | : | |
| **Plaintiff** | : | **(Magistrate Judge Carlson)** |
| | : | |
| **v.** | : | |
| | : | |
| **CAROLYN W. COLVIN,** | : | |
| **Acting Commissioner of** | : | |
| **Social Security,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 10th day of April, 2014, upon due consideration, and for the reasons explained in the accompanying memorandum opinion, IT IS HEREBY ORDERED THAT the plaintiff's motion for summary judgment (Doc. 17.) is DENIED. IT IS FURTHER ORDERED THAT the Clerk of Court shall enter judgment in favor of the Commissioner on the plaintiff's claims in this case, and mark this case closed.

*/s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge